IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCES EVANS,

        Plaintiff,

v.

TARGET CORPORATION,

        Defendant.

No. C -12-02903(EDL)

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION TO COMPEL AND DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

On October 30, 2012, Plaintiff filed a Motion to Compel a premises inspection, a Rule 30(b)(6) deposition and production of video surveillance. Plaintiff filed a request to hear the motion on shortened time in light of the upcoming December 11, 2012 fact discovery cutoff. Thereafter, Defendant filed a Motion for a Protective Order and also apparently seeks to have the motion heard on shortened time. The dueling discovery motions appear to address somewhat, but not entirely, overlapping issues. Therefore, the Court finds that it would be most efficient to have a simultaneous briefing schedule and hearings on the motions. Therefore, oppositions to the motions shall be due on Tuesday November 13, and replies shall be due on Thursday November 15. A hearing on both motions shall be set for Tuesday November 27, 2012 at 9:00 a.m. Defendant is hereby ordered to preserve the material at issue until the Court decides the motion.

    IT IS SO ORDERED.

Dated: November 7, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge