Stephen M. Murphy (SBN 103768)
LAW OFFICES OF STEPHEN M. MURPHY
353 Sacramento Street, Ste. 1140
San Francisco, CA 94111
Tel:   (415) 986-1338
Fax:   (415) 986-1231
smurphy@sick-leave.com

Attorneys for Plaintiff
FRANCES EVANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES EVANS,<br><br>       Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, TARGET, COLMA and Does 1 through 100, inclusive,<br><br>       Defendants.<br>_____ | CASE NO. C 12-02903 EDL<br><br>**REQUEST AND [PROPOSED] ORDER TO CONTINUE ORDER OF CONDITIONAL DISMISSAL FOR 75 DAYS** |

1

**Request And [Proposed] Order to Continue Order of Conditional Dismissal for 75 Days**      - 1 -

Plaintiff FRANCES EVANS though her counsel of record, hereby requests that the court continue the date for the time for the parties to complete the settlement in the above-entitled matter from February 19, 2013 to May 7, 2013 on the grounds that the plaintiff just received on February 13, 2013 Medicare's Final Demand Amount letter and plaintiff will be filing a request for reduction/waiver of full lien amount with the MSPRC and requests that the Court's Order of Conditional Dismissal (ECF Docket #78) be extended 75 days from February 19, 2013 to May 7, 2013 to obtain the necessary signatures from Medicare and Medi-Cal to properly effectuate the settlement agreement.

Dated: February 15, 2013          LAW OFFICES OF STEPHEN M. MURPHY

                                  By:    /s/ Stephen J. Purtill
                                       STEPHEN J. PURTILL
                                       Attorney for Plaintiff Frances Evans

**ORDER**

Plaintiff's time to request to reinstate the case without prejudice shall be extended from February 19, 2013 to May 7, 2013. In the event a request to reinstate the case is not filed and served on opposing counsel on or before May 7, 2013, the dismissal will be with prejudice.

IT IS SO ORDERED:

Dated: February 19, 2013

*[Signed: Judge Elizabeth D. Laporte, United States District Court, Northern District of California]*

**Request And [Proposed] Order to Continue Order of Conditional Dismissal for 75 Days**          - 2 -